UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOARD OF TRUSTEES, SHEET METAL WORKERS'
NATIONAL PENSION FUND, and BOARD OF
TRUSTEES, SHEET METAL WORKERS LOCAL NO. 292
PENSION FUND,

            Plaintiffs,

  v.

PALLADIUM EQUITY PARTNERS, LLC, PALLADIUM
EQUITY PARTNERS II, LP, PALLADIUM EQUITY
PARTNERS II-A, LP, and PALLADIUM EQUITY
INVESTORS II, LP,

            Defendants.

Case No. 08-12586
Hon. David M. Lawson
Mag. Judge Donald A. Scheer

| | |
|---|---|
| MARC H. RIFKIND<br>JEFFREY S. SWYERS<br>Slevin & Hart, PC<br>Counsel for Plaintiffs<br>1625 Massachusetts Ave., NW, Ste. 450<br>Washington, DC 20036<br>(202) 797-8700<br>mhr@slevinhart.com<br>jss@slevinhart.com | RONALD E. RICHMAN<br>SCOTT A. GOLD<br>Schulte Roth & Zabel LLP<br>Counsel for Defendants<br>919 Third Avenue<br>New York, NY 10022<br>(212) 756-2230<br>ronald.richman@srz.com<br>scott.gold@srz.com |
| BARBARA A. PATEK (P34666)<br>CRAIG E. ZUCKER (P39907)<br>Erman, Teicher, Miller, Zucker & Freedman<br>Counsel for Plaintiffs<br>400 Galleria Officentre, Ste. 444<br>Southfield, Michigan 48034<br>(248) 827-4100<br>bpatek@ermanteicher.com<br>czucker@ermanteicher.com | RICHARD M. TUYN (P29091)<br>DEBRA A. COLBY (P60438)<br>Ogletree, Deakins, Nash,<br>  Smoak & Stewart, PLLC<br>Local Counsel for Defendants<br>33 Bloomfield Hills Parkway, Suite 120<br>Bloomfield Hills, Michigan 48304<br>(248) 593-6400<br>richard.tuyn@ogletreedeakins.com<br>debra.colby@ogletreedeakins.com |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

WHEREAS, the parties to this action have settled the matter pursuant to the Confidential Settlement Agreement and Release dated February 28, 2011;

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

SO STIPULATED:

| ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, PC | OGLETREE, DEAKINS, NASH SMOAK & STEWART, PLLC |
|---|---|
| By: */s/ Barbara A. Patek* | By: */s/ Richard M. Tuyn* |
| Craig E. Zucker (P39907) | Richard M. Tuyn (P29091) |
| Barbara Patek (P34666) | Debra A. Colby (P60438) |
| Counsel for Plaintiffs | Counsel for Defendants |
| 400 Galleria Officentre, Ste. 444 | 33 Bloomfield Hills Pkwy., Ste. 120 |
| Southfield, MI 48034-2162 | Bloomfield Hills, MI 48304 |
| (248) 827-4100 | (248) 593-6400 |
| bpatek@ermanteicher.com | richard.tuyn@ogletreedeakins.com |
| czucker@ermanteicher.com | debra.colby@ogletreedeakins.com |

| SLEVIN & HART, P.C. | SCHULTE, ROTH & ZABEL LLP |
|---|---|
| Marc H. Rifkind | Ronald E. Richman |
| Jeffrey S. Swyers | Scott A. Gold |
| Counsel for Plaintiffs | Counsel for Defendants |
| 1625 Massachusetts Ave., N.W. | 919 Third Avenue |
| Suite 450 | New York, NY 10022 |
| Washington, DC 20036 | (212) 756-2000 |
| (202) 797-8700 | ronald.richman@srz.com |
| mhr@slevinhart.com | scott.gold@srz.com |
| jss@slevinhart.com | |